RECEIVED
IN LAKE CHARLES, LA

SEP 15 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| GREGORY MCMAHON | : | DOCKET NO. 05-1040 |
| --- | --- | --- |
| VS. | : | JUDGE MINALDI |
| ZURICH AMERICAN INSURANCE COMPANY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF REMAND

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion to remand [doc. # 8] be, and it is hereby GRANTED. The cause is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this judgment, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _15_ day of _Sept_, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE